USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ROLLS-ROYCE CORPORATION,

    and

AMERICAN GUARANTEE &
LIABILITY INSURANCE COMPANY,
as Subrogee of ROLLS-ROYCE
CORPORATION,

    Plaintiffs,

v.

GHAFARI ASSOCIATES, LLC

    Defendant.
-----------------------------------------------------------X

Civil Action No.: 1:22-cv-10681

**ORDER GRANTING LEAVE TO FILE THIRD-PARTY COMPLAINT**

**THIS MATTER** having been opened to the court by Motion for Leave to file a Third-Party Complaint brought by Defendant Ghafari Associates, LLC, and upon consideration of the moving papers, which are unopposed, it is hereby ORDERED that the Motion is Granted. Defendant shall file their Third-Party Complaint by July 17, 2023.

BY THE COURT: 7/10/2023

_Mary Kay Vyskocil_
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE